

FREEDOM WIRELESS, INC.,
Plaintiff–Appellee,

v.

BOSTON COMMUNICATIONS GROUP, INC., Alltell Corporation, Bakersfield Cellular, Dobson Communications Corp., Cincinnati Bell Wireless, Bluegrass Cellular, Inc., C1 Arizona, Thumb Cellular LLC, Great Lakes of Iowa, Inc. (also known as Cellone or Iowa One), Uintah Basin Electronic Telecommunications (doing business as Ubet Wireless), Illinois Valley Cellular RSA 2, Inc. (also known as Illinois Valley Cellular), Nebraska Wireless Telephone, Inc., Matanuska Telephone Association (doing business as MTA Wireless), First Cellular of Southern Illinois, Brazos Cellular, Inc., Cellular One of East Central Illinois, Farmers Cellular, Mid–Missouri Telephone Co., East Kentucky Network LLC (doing business as Appalachian Wireless), Bauce Communications of Beaumont, Inc. (doing business as Centennial Wireless, also known as Centennial Communications Corp.), BTC Mobility, Mobiletel, Inc., South Canaan Cellular Communications Co., Mid–Missouri Cellular, Inc. and Centennial Cellular Operating Co., Defendants,

and

Nextel Communications, Inc.,
Movant–Appellant.

No. 2006–1237.

United States Court of Appeals,
Federal Circuit.

Oct. 24, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

GLAXO GROUP LIMITED and Smithkline Beecham Corporation, Plaintiffs–Appellees,

v.

KALI LABORATORIES, INC.,
Defendant–Appellant.

No. 06–1026.

United States Court of Appeals,
Federal Circuit.

Oct. 24, 2006.

ORDER

The parties having so agreed, it is